1 | Joe Angelo (Bar #268542)
2 | jangelo@gajplaw.com
3 | Gale, Angelo, Johnson, & Pruett, P.C.
3 | 1430 Blue Oaks Blvd., Ste. 250
4 | Roseville, CA 95747
4 | 916-290-7778 ph
5 | 916-721-2767 fax

6 | Attorneys for Plaintiff
  | Lucas Valadez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| LUCAS VALADEZ | Civil Case No.: 1:20-cv-00877-DAD-EPG |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT FIRST NATIONAL BANK OF OMAHA; [PROPOSED] ORDER** |
| v. | |
| FIRST NATIONAL BANK OF OMAHA | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff Lucas Valadez and defendant First National Bank of Omaha ("FNBO"), through their designated counsel, that FNBO be dismissed with prejudice from the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  July 20, 2021              **Gale, Angelo, Johnson, & Pruett, P.C.**

By: */s/ Joe Angelo*
Joe Angelo
Attorneys for Plaintiff
Lucas Valadaz


By: */s/ Cory Rooney (as authorized on 7/21/21)*
DATED: July 21, 2021              Cory Rooney
Attorney for Defendant
First National Bank of Omaha