UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS VALADEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>            Defendant. | Case No. 1:20-cv-00877-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 15) |

On July 21, 2021, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 15). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.[1] Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 22, 2021**                          /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The joint stipulation cites Federal Rule of Civil Procedure 41(a)(2) as the basis for dismissal, which provides as follows: "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." However, because the parties submitted a joint stipulation of dismissal under Rule 41(a)(1), no order from this Court is necessary to dismiss this action. Accordingly, the Court concludes that Rule 41(a)(1)(A)(ii) governs here and enters this order only for the purpose of noting the stipulation and directing the Clerk to close this case.